U. S. DISTRICT COURT
Eastern District of Louisiana

FILED    MAR 2 2 2006

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CR. NO. **00-205 C**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **O R D E R** |
| | ) X/ | Appointing Counsel |
| VERSUS | ) _/ | Substituting Counsel For: |
| | ) | _____ |
| **LARRY DONNELL ALFRED** | ) _/ | Ratifying Prior Service |
| | _/ | Extending Appointment for |
| | | Appeal |

CHARGE: <u>SUPERVISED RELEASE VIOLATIONS</u>

_ Felony        _ Misdemeanor

[X]

    The defendant, having satisfied this Court that he/she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by order of the District Court:

**VIRGINIA LAUGHLIN SCHLUETER, FEDERAL PUBLIC DEFENDER,
500 POYDRAS STREET, ROOM 318, HALE BOGGS FEDERAL BUILDING
NEW ORLEANS, LA 70130 PHONE: (504)589-7930**

[ ] Federal Public Defender is appointed for the limited purpose of:

_____

[ ]     It appearing to the Court that although the defendant is financially unable to employ counsel, he/she is not totally indigent.

[ ]     IT IS FURTHER ORDERED that the defendant pay to the Clerk, U.S. District Court, for services of counsel, the total amount of $_____
to be paid within 10 working days or by _____.

[ ]     IT IS FURTHER ORDERED that the defendant is to pay to the Clerk, U.S. District Court, for services of counsel, $_____ per month. This amount is to be paid, beginning on _____, 20___, until further orders of the Court.

    Dated at New Orleans, Louisiana, on <u>MARCH 22, 2006.</u>

_____
UNITED STATES MAGISTRATE JUDGE

Copy to Financial Unit-Clerk's Office (Only if defendant is ordered to pay)

___ Fee_____
___ Proc_____
_X_ Dktd_____
___ CtRmDep._____
___ Doc. No._____