MINUTE ENTRY
MOORE, M.J.
MARCH 22, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                           CRIMINAL ACTION

VERSUS                                             NO. 00-205

LARRY DONNELL ALFRED                               SECTION "C"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  _X_/ DEFENDANT WITH/WITHOUT COUNSEL _William Quinlan_
              _X_/ ASST. U. S. ATTORNEY _MAURICE LANDRIEU_
              _X_/ PROBATION OFFICER _DENISE DESHAZO_
              ___/ INTERPRETER, _____, SWORN (TIME: ___.M. TO ___.M.)

_X_/ DEFENDANT WAS ADVISED OF HIS RIGHTS

_X_/ READING OF PETITION/RULE TO REVOKE: RE(AD)  SUMMARIZE(D)  (WAIVED)

___/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

_X_/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
_X_/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
___/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
___/ BOND SET AT _____

_X_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
___/ DEFENDANT RELEASED ON BOND
___/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

_X_/ DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
     _March 31, 2006 at 10:00 AM_
_X_/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
     _March 24, 2006 at 10:00 AM_

_X_/ RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
     BEFORE UNITED STATES DISTRICT JUDGE HELEN G. BERRIGAN

MJSTAR:  :05

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____