# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

LARRY DONNELL ALFRED

**WARRANT FOR ARREST**

CASE NUMBER: CR 00-205

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Larry Donnell Alfred** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment  ( ) Information  ( ) Complaint  (X) Order of Court  ( ) Probation Violation Petition  ( ) Supervised Release Violation Petition  ( ) Violation Notice

charging him or her with alleged violations of Supervised Release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

**February 9, 2006   New Orleans, Louisiana**
Date and Location

Signature of Issuing Officer
P. Hebert
(By) Deputy Clerk

Bail fixed at $ _____   by _____
Name of Judicial Officer

___ Fee
___ Process
_X_ Dktd
___ cc/mDep
___ Doc. No.

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at CBD from Marion Co. Jail MS

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 03/22/2006 | Brian W. Fair DUSM | [signature] |

CBD 3/22/06 from Marion Co. Jail

Prob 12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -8 AM 11: 56

LORETTA G. WHYTE
CLERK

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** LARRY DONNELL ALFRED         **Case Number:** 053L 2:00CR00205-001C

**Name of Sentencing Judicial Officer:** Honorable Helen G. Berrigan

**Offense:** 18 USC 922(g)(1) and 924(a)(2) - Possession of a firearm by a convicted felon

**Date of Sentence:** December 13, 2000

**Sentence:** Six months custody of the Bureau of Prisons, followed by two years supervised release (revocation).

**Special Conditions:**

1. Drug treatment
2. Orientation and life skills

**Type of Supervision:** Supervised Release         **Date Supervision Commenced:** September 03, 2004

**Assistant U.S. Attorney:** Maurice E. Landrieu         **Defense Attorney:** Valerie Welz Jusselin

---

### PETITIONING THE COURT

[ X ] To issue a warrant         [ ] To issue a summons

For the arrest of Larry Donnell Alfred for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| STANDARD CONDITION NO. 6 | Larry Alfred has failed to contact the probation officer to advise of his whereabouts following his evacuation for Hurricane Katrina. His whereabout are currently unknown. |
| STANDARD CONDITION NO. 2 | Alfred failed to submit Monthly Supervision Reports for the months of August through December 2005, as well as for January 2006. |
| SPECIAL CONDITION NO. 1 | On November 29, 2004, January 21, February 3, February 10, March 14, and December 21, 2005, Larry Alfred submitted urine speicmens to personnel of Methodist Counseling Center which were determined to be diluted. |

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____