

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-205 |
| v. | * | SECTION: "C" |
| LARRY DONNELL ALFRED | * | |

\* \* \*

## RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully represents:

I.

On December 13, 2000, defendant, LARRY DONNELL ALFRED was sentenced for violating Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), by the Honorable Helen G. Berrigan.

II.

Details of the defendant's sentence and supervised release are set forth in Exhibit "A" attached hereto and made a part hereof by reference.

III.

Defendant has violated the terms of his supervised release in the manner set forth in Exhibit "A" attached hereto and made part hereof by reference.

In addition to the violations set forth in Exhibit "A", on March 18, 2006, ALFRED was arrested by personnel of the Columbia (Mississippi) Police Department and was charged with aggravated assault. According to the incident report, ALFRED was allegedly involved in a shoorting at his aunt and uncle's house, located in Columbia, Mississippi. According to the report, ALFRED became involved in a verbal altercation with his uncle, which escalated to the point that ALFRED allegedly began pistol whipping his uncle. Subsequently, ALFRED allegedly shot at his uncle, missing him. ALFRED's uncle had to be treated at a hospital emergency room as a result of the beating.

In addition to the above mentioned charge, ALFRED is also facing a possible charge for felon in possession of a firearm. This officer spoke with Special Agent Joe Franks, Bureau of Alcohol, Tobacco, and Firearms, Gulfport, Mississippi, who advised that he is planning to meet with personnel of the U.S. Attorney's Office, Southern District of Mississippi, within the next week to pursue a charge of felon in possession of a firearm against ALFRED.

ALFRED appeared before the Honorable U.S. Magistrate Judge Louis Moore, Jr. on March 22, 2006, for an Initial Appearance Hearing. He was detained due to him being a risk of non-appearance as well as a danger to the community. A Detention Hearing has been scheduled for 10:00 a.m. on Friday, March 24, 2006, before the Honorable U.S. Magistrate Judge Louis Moore, Jr.

WHEREFORE, the government prays that the defendant LARRY DONNELL ALFRED be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause, if any he can, on the 12TH day of April, 2006, at 9 A.m., before United States District Judge Helen G. Berrigan, at the United States District Court., 5th Floor, New Orleans, Louisiana, should not be revoked, and why the supervised release on that date ordered should not be recalled, for violation of the terms and conditions of his supervised release.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

MAURICE E. LANDRIEU
Assistant United States Attorney
LA. Bar Roll No. 22104
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3015

CERTIFICATE OF SERVICE
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this 24th day of March, 2006.

Assistant United States Attorney

AUSA

Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -8 AM 11: 56

LORETTA G. WHYTE
CLERK

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender :** LARRY DONNELL ALFRED         **Case Number :** 053L 2:00CR00205-001C

**Name of Sentencing Judicial Officer :** Honorable Helen G. Berrigan

**Offense :** 18 USC 922(g)(1) and 924(a)(2) - Possession of a firearm by a convicted felon

**Date of Sentence :** December 13, 2000

**Sentence :** Six months custody of the Bureau of Prisons, followed by two years supervised release (revocation).

**Special Conditions :**

1. Drug treatment
2. Orientation and life skills

**Type of Supervision :** Supervised Release       **Date Supervision Commenced :** September 03, 2004
**Assistant U.S. Attorney :** Maurice E. Landrieu       **Defense Attorney :** Valerie Welz Jusselin

---

### PETITIONING THE COURT

[ X ] To issue a warrant                                            [ ] To issue a summons

For the arrest of Larry Donnell Alfred for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| STANDARD CONDITION NO. 6 | Larry Alfred has failed to contact the probation officer to advise of his whereabouts following his evacuation for Hurricane Katrina. His whereabout are currently unknown. |
| STANDARD CONDITION NO. 2 | Alfred failed to submit Monthly Supervision Reports for the months of August through December 2005, as well as for January 2006. |
| SPECIAL CONDITION NO. 1 | On November 29, 2004, January 21, February 3, February 10, March 14, and December 21, 2005, Larry Alfred submitted urine speicmens to personnel of Methodist Counseling Center which were determined to be diluted. |

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

Exhibit "A"

**CUSTODIAL STATUS :**

Larry Alfred is not in custody at this time.

Executed on: February 02, 2006

_Denise M. Deshazo_
Denise M. Deshazo
U.S. Probation Officer

REVIEWED BY:

_Matthew G. Arseneaux_
Matthew G. Arseneaux
Supervising U. S. Probation Officer

---

**THE COURT ORDERS**

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

2/8/06
Date

Address of Offender:   393 1/2 Basin Street
                       New Orleans, LA 70112

**CLERK'S OFFICE**
**A TRUE COPY.**

FEB - 9 2006

_P. Hebert_

Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
   Original          - Clerk's Office
   1 Copy Certified  - U.S. Attorney
   1 Copy Certified  - U.S. Marshal's Office
   2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING