UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-205 |
| v. | * | SECTION: "C" |
| LARRY DONNELL ALFRED | * | |

\* \* \*

## O R D E R

Considering the foregoing Rule to Revoke Supervised Release;

IT IS HEREBY ORDERED that the defendant LARRY DONNELL ALFRED show cause before the Court at 9 A .m., on the 12th day of April, 2006, why supervised release granted to him on December 13, 2000 should not be revoked.

New Orleans, Louisiana, this 30th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

4