UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | CRIMINAL | |
| VS | NO: | 053L 2:00CR00205-001 |
| LARRY DONNELL ALFRED | SECTION: | C |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR 10 PM 3:28
LORETTA G. WHYTE
CLERK

**MOTION AND ORDER CONTINUING THE RULE TO REVOKE SUPERVISED RELEASE HEARING**

Now comes Denise M. Deshazo, United States Probation Officer, and moves the Court for an order continuing the Rule to Revoke Supervised Release hearing in the above matter which is set for April 12, 2006, because the probation officer will not be available to appear in court on that date due to her mother undergoing major surgery on that same date. Neither the defense counsel nor the Assistant United States Attorney have any objections to this continuance. Therefore, the probation officer moves the Court to continue the Rule to Revoke Supervised Release in this case until April 26, 2006.

_____
Denise M. Deshazo
U.S. Probation Officer

Considering the foregoing, it is ordered that the sentencing presently set for April 12, 2006, be continued to April 26, 2006 at 9:00 a.m.

New Orleans, Louisiana, this 10th day of April 2006.

_____
Helen G. Berrigan
District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____