UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-205 |
| LARRY ALFRED | SECTION: "C" |

**O R D E R**

**IT IS ORDERED** that the Rule to Revoke Supervised Release set for April 26, 2006, is hereby RESET to be held on **Tuesday, April 25, 2006, at 9:30 a.m.** before the undersigned.

New Orleans, Louisiana, this  18th   day of April 2006.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE