UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-205 |
| LARRY ALFRED | * | SECTION: "C" |

### MOTION AND INCORPORATED MEMORANDUM FOR EXPEDITED HEARING ON EX-PARTE MOTION TO DETERMINE COUNSEL

**COMES NOW** Valerie Welz Jusselin, and respectfully moves this Honorable Court for the entry of an order granting her an expedited hearing on the Ex-Parte Motion to Determine Counsel.

The allegations made in the Ex-Parte Motion to Determine Counsel require immediate attention because a revocation hearing is scheduled on Tuesday, April 25, 2006, at 9:30 a.m.

Respectfully submitted this 19th day of April, 2006.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender

VALERIE WELZ JUSSELIN
Assistant Federal Public Defender
500 Poydras Street, Suite 318
Hale Boggs Federal Building
New Orleans, Louisiana 70130
(504) 589-7930
Bar Roll No. 19825

## CERTIFICATE

I hereby certify that a copy of the foregoing Motion for Expedited Hearing has been served on Maurice Landrieu, Assistant United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130, by hand-delivering same this 19th day of April, 2006.

VALERIE WELZ JUSSELIN
Assistant Federal Public Defender