UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 21  AM 10: 18

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-205 |
| LARRY ALFRED | * | SECTION: "C" |

## O R D E R

The foregoing considered,

**IT IS ORDERED** that the Motion for Expedited Hearing on the Motion for Ex-Parte Motion to Determine Counsel in the captioned matter be granted, and that a hearing be held on the 21st day of April, 2006, at 10:00 o'clock a.M.

New Orleans, Louisiana, this 20th day of April, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____