UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR 24 AM 11:28
LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA

VERSUS

Larry Alfred

CRIMINAL

NO.: 00-205

SECTION: C

## ORDER

IT IS ORDERED that the above named defendant be given a medical examination and/or treatment in relation to the following:

Hernia

ASAP

Said examination or treatment is to be provided on or before _____.

IT IS FURTHER ORDERED that the United States Marshal deliver a copy of this order to the Sheriff of _____ Parish without delay.

New Orleans, Louisiana, this 21st day of April, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

## RETURN

I hereby certify that I have served this Order on the Sheriff of _____ Parish. Service effected by hand delivery upon _____.

Date _____

_____
Signature of Deputy U. S. Marshal

__FEE____
__PROCESS USM 3?e
__DKTD____
__CtRmDep____
DOCUMENT NO.____