FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 21  AM 10: 18

LORETTA G. WHYTE
       CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-205 |
| LARRY ALFRED | * | SECTION: "C" |

### EX-PARTE MOTION TO DETERMINE COUNSEL AND INCORPORATED MEMORANDUM

**COMES NOW** Valerie Welz Jusselin, Assistant Federal Public Defender, being presently counsel of record for the defendant Larry Alfred in the captioned proceeding, and respectfully moves this Honorable Court for the entry of an order requiring the defendant, Larry Alfred to appear in open Court and advise the Court if he desires present counsel to continue to represent him in this matter. As grounds for this motion, undersigned counsel shows that:

1. She was appointed to represent Mr. Alfred in this case on March 22, 2006. Undersigned has made two visits to the Nelson Coleman Correctional Center to meet with the defendant and discuss his case. The defendant has repeatedly refused to meet with undersigned to discuss this matter.

___ Fee___
___ Process___
X_ Dktd___
V_ CtRmDep___
___ Doc. No___

2. The revocation hearing in this case is scheduled for Tuesday, April 25, 2006, at 9:30 a.m.

Respectfully submitted this 19th day of April, 2006.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender

_____
VALERIE WELZ JUSSELIN
Assistant Federal Public Defender
500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
Bar Roll No. 19825

## CERTIFICATE

I hereby certify that a copy of the foregoing Ex-Parte Motion to Determine Counsel has been served on Maurice Landrieu, Assistant United States Attorney, 500 Poydras Street, New Orleans, Louisiana, by hand delivering same this 19th day of April, 2006.

VALERIE WELZ JUSSELIN
Assistant Federal Public Defender