UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR 25  AM 11: 27
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-205 |
| LARRY ALFRED | * | SECTION: "C" |

## O R D E R

The foregoing motion considered,

**IT IS ORDERED** that the defendant, Larry Alfred, appear in open court, before the Honorable Louis Moore, Jr., United States Magistrate Judge, 500 Poydras Street, Suite 318, New Orleans, Louisiana, on the 21st day of April, 2006, at 10:00 o'clock A. M., to advise the Court if he desires present counsel to continue to represent him in this matter.

**IT IS FURTHER ORDERED** that the United States Marshal, or his deputy, serve a copy of this order upon the defendant.

New Orleans, Louisiana, this 21st day of April, 2006.

_____
UNITED STATES MAGISTRATE JUDGE