**MINUTE ENTRY**
**BERRIGAN, J.**
**APRIL 25, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-205 |
| LARRY DONNELL ALFRED | SECTION: "C" |

### RULE TO REVOKE SUPERVISED RELEASE

COURT REPORTER:     David Zarek
COURTROOM DEPUTY:   Kimberly County

**APPEARANCES:**   Kevin Boitmann for Maurice Landrieu, Asst. U.S. Attorney
Valerie Jusselin, Counsel for Defendant
Larry Donnell Alfred, Defendant
Denise Deshazo, U. S. Probation Officer

Case called; all present & ready.
Court questions counsel and probation officer.
ORDERED that supervised release imposed on April 28, 2004, is hereby revoked and deft sentenced to 6 months as to Count 1.
Deft remanded to USM.
Court adjourned.

JS-10:  00:17