UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-205 |
| LARRY DONNELL ALFRED | SECTION: "C" |

JUDGMENT AND COMMITMENT

On this 25TH day of April 2006, the defendant, Larry Donnell Alfred, appeared with his counsel, Valerie Jusselin, for violation of the second term of supervised release which was imposed by this Court on April 28, 2004. On April 28, 2004, the Court sentenced the defendant to the custody of the Bureau of Prisons for 6 months, to be followed by 24 months of supervised release with special conditions as specified in the judgment and commitment order.

The alleged violations of this second term of supervised release being that the defendant herein:

1. Failed to contact the probation officer to advise of his whereabouts following his evacuation for Hurricane Katrina.

2. Failed to submit monthly supervision reports for the months of August through December 2005, as well as for January 2006.

3. On November 29, 2004, January 21, February 3, February 10, March 14, and December 21, 2005, submitted urine specimens to personnel of Methodist Counseling Center which were determined to be diluted.

The Court finds that the defendant did violate the terms and conditions of his supervised release. Therefore,

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this court that the defendant's term of supervised release imposed on April 28, 2004, is REVOKED, and the defendant is hereby committed to the custody of the Bureau of Prisons for a period of six months.

IT IS FURTHER ORDERED that the defendant be remanded to the custody of the United States Marshal.

New Orleans, Louisiana, this __25th__ day of April 2006.

                                             _____
                                                    HELEN G. BERRIGAN
                                             UNITED STATES DISTRICT JUDGE