MINUTE ENTRY
MOORE, M.J.
APRIL 21, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-205 |
| LARRY ALFRED | SECTION: C |

    A hearing to determine counsel was held this date before Magistrate Judge Louis Moore, Jr.

PRESENT:    Beau Brown for Maurice Landrieu, Asst. U.S. Attorney
                   Valerie Jusselin, Counsel for the defendant
                   Larry Alfred, Defendant

    Ms. Jusselin and the defendant informed the Court that she will remain as counsel for the defendant. There was no objection by the Government.

    The defendant was remanded to the custody of the U.S. Marshal.

                                                        LOUIS MOORE, JR., U.S. MAGISTRATE JUDGE

CLERK TO NOTIFY:
U.S. ATTORNEY, PRE-TRIAL SERVICES,
U.S. MARSHAL, ATTORNEY FOR DEFENDANT,
DEFENDANT

MJSTAR: :03

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.